# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128262

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CARLOS SOTO,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128262
COA: 260896
Kent CC: 96-009759-FC

_____/

      On order of the Court, the application for leave to appeal the March 4, 2005 order of the Court of Appeals is considered, and it is DENIED, because the Court of Appeals did not clearly err by dismissing defendant's application for leave to appeal. Because defendant failed to file the application for leave to appeal within 12 months of the date of the entry for the September 30, 2002 order as required by MCR 6.509(A) and MCR 7.205(F)(3), the Court of Appeals properly dismissed the application..



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

Clerk

s1024